**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BRYANT DU'SHAWN FARMER**                                                    **PLAINTIFF**
**ADC # 138076**

**V.**                              **5:08CV00190-WRW/BD**

**LARRY MAY,** *et al.*                                                       **DEFENDANTS**

<u>**ORDER**</u>

Pending is Plaintiff's Motion for Summary Judgment (Doc. No. 22). The motion appears

to be a response to Defendants' Motion for Summary Judgment (Doc. No. 10). Accordingly, the

Clerk of Court is directed to change the description on the docket from a motion for summary

judgment to a response to Defendants' motion for summary judgment, thereby terminating it as a

motion.

IT IS SO ORDERED this 18th day of November, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE