**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BRYANT DU'SHAWN FARMER**                                                    **PLAINTIFF**
**ADC # 138076**

v.                              **5:08CV00190-WRW-BD**

**LARRY MAY,** *et al.*                                                        **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Partial Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 10) is GRANTED in part and DENIED in part. The claims against Defendants Norris and May are DISMISSED with prejudice. The claims against Defendants Banks and James in their official capacities are also DISMISSED with prejudice. However, Plaintiff may proceed with his claims against Defendants Banks and James in their personal capacities.

IT IS SO ORDERED this 23rd day of December, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE