IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRYANT DU'SHAWN FARMER                                                    PLAINTIFF

V.                           NO. 5:08cv00190 JMM/BD

TOMMY JAMES and JAMES BANKS                                          DEFENDANTS

ORDER

By Order entered April 9, 2009, Sheila F. Campbell was appointed to represent Plaintiff in this 42 U.S.C. § 1983 case. The Court has been notified that Plaintiff is no longer in custody. The Clerk is requested to add Mr. Farmer's current address, 359 Cedar Street, Benton Harbor, MI 49022, to the court docket.

Jury trial is currently scheduled sometime during the week of April 26, 2010. Plaintiff's attorney is directed to inform the Court on or before **April 9, 2010**, whether she has maintained contact with Plaintiff and whether Plaintiff wishes to proceed with this lawsuit in light of his release. Additionally, when a plaintiff proceeding in forma pauperis is released from confinement, the Court's policy is to require resubmission of affidavits to determine whether the plaintiff should be required to pay all, or a portion of, the fees and costs of the lawsuit. Therefore, counsel is directed to forward a copy of this order and the attached in forma pauperis application to Plaintiff at his new address. If Plaintiff wishes to proceed with this lawsuit, he is directed to resubmit his request to proceed in forma pauperis on or before **April 15, 2010.**

**Plaintiff must keep counsel informed of any changes in address, maintain contact with counsel and cooperate fully with counsel in preparation of the case. Failing to comply with this order may result in dismissal of the case with prejudice for failure to comply with Court orders.**

IT IS SO ORDERED THIS 2nd day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE