**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BRYANT DU'SHAWN FARMER**                                                   **PLAINTIFF**
**ADC # 138076**

**V.**                  **CASE NO. 5:08CV00190 JMM/BD**

**LARRY MAY, et al.**                                                        **DEFENDANTS**

## ORDER

Plaintiff has filed a Motion to Dismiss seeking to voluntarily dismiss this action with prejudice under Federal Rule of Civil 41(b) (docket entry #78). Federal Rule of Civil Procedure 41(a), permits voluntary dismissal, while Rule 41(b) controls involuntary dismissal. Based on the content of Plaintiff's motion to dismiss, the Court GRANTS Plaintiff's motion for a voluntary dismissal under 41(a)(2) (plaintiff's voluntary dismissal by court order).

Accordingly, Plaintiff's claims are DISMISSED WITH PREJUDICE. The jury trial scheduled for April 26, 2010 is canceled. In addition, Sheila Campbell is hereby relieved as Plaintiff's counsel in this matter. If Ms. Campbell has incurred out-of-pocket expenses during her appointment, she may request reimbursement under Local Rule 83.6.

IT IS SO ORDERED this 15th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE